## DUNN *v.* GREENBERG

[No. 196, September Term, 1967.]

*Decided April 11, 1968.*

The cause was argued before HAMMOND, C. J., and HORNEY, MARBURY, BARNES, McWILLIAMS and SINGLEY, JJ.

*Carl A. Durkee* for appellant.

*William A. Fisher, Jr.,* with whom was *William D. Macmillan* on the brief, for appellee.

PER CURIAM.

The appellant Dunn, who in *Greenberg v. Dunn,* 245 Md. 651, persuaded us to uphold an order of the Superior Court of

Baltimore City removing a case in assumpsit, in which a jury trial had not been timely prayed, from that court to the Circuit Court for Carroll County (*see, Houston v. Lloyd's Consumer Acceptance Corporation,* 241 Md. 10), is now appealing from an order of Judge Weant denying Dunn's prayer for a jury trial and setting the case for trial before the court. The order appealed from must be affirmed, since under *Chappell Chemical and Fertilizer Co. v. Sulphur Mines Co. of Va.,* found among the unreported cases in 85 Md. 684, *reported in full in* 36 A. 712, *aff'd,* 172 U. S. 474, and *Greenberg v. Dunn, supra,* a case which is non-jury in the removing court continues to be non-jury in the court to which it is removed.

*Order affirmed, with costs.*